**RECEIVED**

AUG 1 5 2014

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# _____ DIVISION

REV CALVIN WARREN I THES. 2:4 )
)
— )
)
— )
)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
① )
- VS - THE PREJUDICE WHITE )
RACE - (EPHE. 2:2 - SATAN)! & )
I JOHN 2:18 - THE MANY ANTI-CHRISTS! (A+) )
② PRESIDENT (B. OBOMA- )
EPHE. 2:2 - SATAN! AND I JOHN 4:3 - THE )
SPIRIT OF ANTI-CHRIST!) (A+) )
③ THE FEDERAL GOVERNMENT )
(EPHE. 2:2 - SATAN! (A+) I JOHN 4:3 - THE SPIRIT )
OF ANTI-CHRIST! (A+) AND I JOHN 2:18 - )
THE MANY ANTI-CHRISTS! II COR. 11:14- )
15 - THE MINISTERS OF SATAN!) (A+) )
)
_____ )
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the <u>complaint</u> )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

Case No. _____
(To be assigned by Clerk
of District Court)

<u>I DEMAND! TRIAL
      BY JURY!</u> (A+)

## **COMPLAINT**

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

(A+) (THEY ARE VIOLATING)
MY (OUR) UNITED STATES CONSTITUTIONAL RIGHTS (RELIGIOUS)
(RIGHTS)! AND (RIGHTS TO PRIVACY)! AND (RIGHTS TO THE FREEDOM)
(OF THE PRESS)! (AND ETC)! (A+) (THE FEDERAL GOVERNMENT (EPHE. 2:2-SATAN!)
AND (THE PRESIDENT OF THE UNITED STATES) (B. OBOMA - EPHE. 2:2 - SATAN! (A+)
I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST)! (A+) THEY ARE TO
MURDER MY MOTHER MRS. MARTHA WILLIAMS FAMILY AND ^TAKING
^(ALLEGED)
EXTENDED FAMILY! (BECAUSE) (WE BELIEVE IN THE RESURRECTED) (A+)
(CHRIST) (COL. 3:1! AND HEBS. 1:3, MATT. 28:18-20, REV. 1:17-18, I PET.
3:21-22, HEBS. 12:1-3, AND ACTS 26:15) & REV. 20:11-15! (A+) AND
(A+) (BECAUSE) (WE ARE PREACHERS OF THE GOSPEL) (WORDS OF ETERNAL
LIFE - TITUS 1:2-3 & GAL. 1:15-16, I THES. 2:4, & II COR. 4:3-5)! (A+) AND
(OUT OF ENVY!) (A+) (THEY ARE) (USING) (THE KU-KLUX-KLAN) SHERIFFS)!

II. Plaintiff, REV CALVIN WARREN I THES. 2:4 resides at

205 NORTH NINETH STREET , ST. LOUIS , — ,
street address                                   city                          county

MO , 63101 , 314-707-3267 .
state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

_____

_____

_____

_____

III. Defendant, THE PRESIDENT OF THE lives at, or its business is located at
(UNITED STATES (B. OBOMA — EPHE. 2:2 — SATAN ! & I JOHN 4:3 — THE
SPIRIT OF ANTI-CHRIST) ! (A)

WASHINGTON , D.C , — ,
street address                                   city                          county

— , — .
state    zip code

(if more than one defendant, provide the same information for each defendant below)

DEFENDANTS — (THE PREJUDICE WHITE RACE) (EPHE. 2:2 — SATAN ! & I JOHN 2:18 —
THE MANY ANTI — CHRISTS!) (A)

DEFENDANTS — (THE FEDERAL GOVERNMENT) (EPHE. 2:2 — SATAN ! (A) I JOHN 4:3 — THE
SPIRIT OF ANTI-CHRIST! & AND I JOHN 2:18 — THE MANY ANTI—CHRISTS! &
II COR. 11:14-15 — THE MINISTERS OF SATAN! (A))

2

IV.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

(A+) THE DEFENDANT (ALL) ARE (PREMEDETATEDLY)(AGGRAVATEDLY) (COLDBLOODEDLY)(TRYING) AND (PLOTTING) TO MURDER ME! AND MY MOTHER MRS. MARTHA WILLIAMS, (WHOLE FAMILY) (AND EXTENDANT FAMILY) (USING) KU-KLUX-KLANS (WHITE PREJUDICE SHERIFFS)- EPHE. 2:2 - SATAN! & I JOHN 2:18 - THE MANY ANTI-CHRISTS! & WHITE PREJUDICE POLICES - EPHE. 2:2 - SATAN! & I JOHN 2:18 - THE MANY ANTI-CHRISTS! & THOSE OF OTHER RACES - EPHE. 2:2 - SATAN! & I JOHN 4:3! (IN ALL WALKS OF LIFE)! (IN EVERY STATE OF AMERICA!) (AND OUTSIDE OF AMERICA! (A+))

(A+) (THEY ARE STALKING ME! BLACK SHERIFFS - ARE GOING INTO MY (ROOM) AT MARK-TWAIN & THEY ARE (EPHE. 2:2)(I JOHN 4:3) (331) PUTTING CHEMICALS ON MY GARMENTS! (A+) AND PREJUDICE WHITE POLICES (EPHE. 2:2 - SATAN! & I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST. (A+))

(A+) ARE DROPPING SNAKE BAGS IN MY ROOM (331 - TRYING TO MURDER ME)! THE SNAKES WERE KILLED! (A+)

POLICES (BLACKS & WHITES)(A+) THEY ARE (BEATING) MY GRANDCHILDREN HERE IN THIS OF ST. LOUIS, MO AND HERE IN AMERICA, TRYING TO MURDER THEM (THEY ARE TRYING BEAT THEM TO DEATH)! AT MARK-TWAIN (TWO OF MY GRAND SONS)! (A+) AND (NOT MY) (TRYING TO MURDER) (EPHE. 2:2 - SATAN (JUDGES) & (LAWYERS) EPHE. 2:2) THEY ARE BEATING MY SON (A+) (REV. EVERETTE WARREN)(IN HIS OWNED SCHMUCKS APT. THROUGH ME, BY INHERITANCE! (A+) (USING)(ASSAULT) & (BATTERY) & (SLANDER) & (BRUTALITY)(A+) AND THEY ARE (USING) THE KU-KLUX-KLANS - PREJUDICE WHITE SHERIFF(S) - EPHE. 2:2 - SATAN! (A+) & PREJUDICE WHITE POLICES (EPHE. 2:2 - SATAN! & I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST! (A+))

(A+) THEY ARE BEATING MY LAWYER TOO! (A+) (USING) ASSAULT & BATTERY) (TRYING TO MURDER HIM! (A+) IN TUCSON, AZ (TRYING TO TAKE A LAWYER! (A+))

THEY ARE TRYING TO MURDER US (BECAUSE WE ARE SAINTS! & PREACHERS OF THE GOSPEL (TITUS 1:2-3). (A+) COL. 1:18 (MATT. 16:18, I JOHN 4:4 & COL. 3:11) & EPHES. 4:1-3, 11-12, 17-18, 30! & TITUS 1:7-9 & I TIM. 3:1-7 & I PET. 5:1-15, & I COR. 9:9, 11, 14 & REV. 20:11-15! & REV. 21:8,10,27 & REV. 22:14-16 & I THES. 4:13-18! & TITUS CHAPTER 2! (A+) & (OUT OF ENVY! PR. 6:34-35! (A+))

3

*[Handwritten annotations in margins, heavily annotated with Bible verses including PR.17:13, PR.26:27, ROM.12:19, II Cor.11:15, Joshua 1:5,9, Gal.6:7, Hosea 8:7, Ex.23:7, and repeated notations "I DEMAND!", "A+", "I MEAN IT!"]*

**V. Relief: State briefly and exactly what you want the Court to do for you.**

STOP THE KU-KLUX-KLANS (TERRORISM) SHERIFFS & POLICES ALL AMERICAN LAW OFFICERS (EPHE.2:2-SATAN! & I JOHN 2:18 BRUTALITY) (TRYING TO MURDER) KILL EVERY BLACK MALE! (THEY ARE BEATING MY SON REV. EVERETTE WARREN IN HIS SCHNUCKS (OWNED) THROUGH ME, BY INHERITANCE! THEY ARE PREMEDITAEDLY, AGGRAVATEDLY, COLDBLOODED USING ASSAULT & (SLANDER) AND BATTERY AND UNGODLY BLACK POLICES (EPHE.2:2-SATAN! & II COR.11:14-15 - THE MINISTERS OF SATAN! & I JOHN 2:18 - THE MANY ANTI-CHRISTS!) AND UNGODLY SHERIFFS (EPHE.2:2 - SATAN! & I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST! & II COR.11:14-15 - THE MINISTERS OF SATAN!)

KILL EVERY INDIAN (EPHE.2:2 - SATAN! & I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST! & II COR.11:14-15 - THE MINISTERS OF SATAN!) & I JOHN 2:18 - THE MANY ANTI-CHRISTS! THAT ARE TRYING TO MURDER ME AND MY MOTHER MRS. MARTHA WILLIAMS FAMILY & EXTENDED FAMILY!

KILL EVERY PREJUDICE WHITE MALE (EPHE.2:2 - SATAN! AND I JOHN 4:3 - THE SPIRIT OF ANTI-CHRIST! & JOHN 10:10 - THE THIEF, THAT CAME TO STEAL, KILL & DESTROY!) AND I JOHN 2:18 - THE MANY ANTI-CHRISTS! & II COR.11:14-15 - THE MINISTERS OF SATAN! & I JOHN 2:19 - THE APOSTATE CHURCH (HYPOCRITES! THAT PROFESS THAT THEY ARE SAINTS AND ARE NOT! BUT WANT ANTI-CHRIST IN POWER AS THE ONE WORLD LEADER.)) THAT ARE TRYING TO MURDER ME! AND MY MOTHER MRS. MARTHA WILLIAMS FAMILY AND EXTENDED FAMILY!

**VI. MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]    NO [ ]

AND PUT ALL OF THE DEFENDANTS INTO THE FEDERAL PRISON (WITHOUT) PAROLE! AND WITH THE DEATH PENALTY!

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

_____

_____

**VII.** Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _FRI 15_ day of _AUG._, 20 _14_

Rev Culin Woven I Pr. 2:4

_____
Signature of Plaintiff(s)

4